# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GLOSENGER, MARCIA L. | § | Case No. 10-27048 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter _____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: 10-27048   CAS   Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: GLOSENGER, MARCIA L. | Date Filed (f) or Converted (c): | 07/26/10 (c) |
| | 341(a) Meeting Date: | 08/31/10 |
| For Period Ending: 02/04/15 | Claims Bar Date: | 08/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 301 S. PRESIDENT, CAROL STREAM IL | 350,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 60.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 3,800.00 | 0.00 | | 0.00 | FA |
| 6. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 7. AUTOMOBILES AND OTHER VEHICLES | 5,200.00 | 0.00 | | 4,333.29 | FA |
| 8. AUTOMOBILES AND OTHER VEHICLES | 3,000.00 | 0.00 | | 2,666.64 | FA |
| 9. AUTOMOBILES AND OTHER VEHICLES | 4,900.00 | 0.00 | | 2,999.97 | FA |
| 10. OFFICE EQUIPMENT, FURNISHINGS, AND | 400.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY, FIXTURES, AND BUSINESS E | 500.00 | 0.00 | | 0.00 | FA |
| 12. LAWN MOWER | 150.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.14 | FA |
| 14. TIME SHARE CANCUN | Unknown | 0.00 | | 0.00 | FA |
| 15. PENSION PLANS AND PROFIT SHARING | 13,052.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $384,362.00 | $0.00 | $10,000.04 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/12     Current Projected Date of Final Report (TFR): 12/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-27048 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GLOSENGER, MARCIA L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1277 Checking - Non Interest |
| Taxpayer ID No: | *******0025 | | | |
| For Period Ending: | 02/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,309.52 | | 3,309.52 |
| 09/19/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | equity in vehicle | 1129-000 | 333.33 | | 3,642.85 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.23 | 3,641.62 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.41 | 3,639.21 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.57 | 3,636.64 |
| 12/23/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | equity in vehicle<br>Received and deposited 10/17/12; posted 12/23/12 | 1129-000 | 333.33 | | 3,969.97 |
| 12/23/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | equity in vehicle<br>Received and deposited 11/14/12; posted to account 12/23/12 | 1129-000 | 333.33 | | 4,303.30 |
| 12/23/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | equity in vehicle<br>Received and deposited 12/13/12; posted to account 12/23/12 | 1129-000 | 333.33 | | 4,636.63 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.87 | 4,633.76 |
| 01/15/13 | 9 | Thomas Glosenger | debtor's equity in vehicle | 1129-000 | 333.33 | | 4,967.09 |

Page Subtotals 4,976.17 9.08

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 18.04

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-27048 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | GLOSENGER, MARCIA L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1277 Checking - Non Interest |
| Taxpayer ID No: | *******0025 | | | |
| For Period Ending: | 02/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,957.09 |
| 02/15/13 | 9 | Thomas Glosenger | debtor's equity in vehicle | 1129-000 | 333.33 | | 5,290.42 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 4.74 | 5,285.68 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,275.68 |
| 03/23/13 | 9 | Thomas Glosenger | EQUITY IN VEHICLE | 1129-000 | 333.33 | | 5,609.01 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,599.01 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,589.01 |
| 06/01/13 | 9 | Thoma Glosenger | debtors equity in vehicle | 1129-000 | 333.33 | | 5,922.34 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,912.34 |
| 06/12/13 | 8 | Thomas Glosenger | debtors equity in vehicle | 1129-000 | 333.33 | | 6,245.67 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,235.67 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,225.67 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,215.67 |
| 09/10/13 | 8 | Thomas Glosenger | debtors equity in vehicle | 1129-000 | 333.33 | | 6,549.00 |

Page Subtotals   1,666.65   84.74

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-27048 -CAS | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | GLOSENGER, MARCIA L. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******1277  Checking - Non Interest |
| Taxpayer ID No: | *******0025 | | | | |
| For Period Ending: | 02/04/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,539.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,529.00 |
| 11/13/13 | 8 | Thomas Glosenger | debtor's equity in vehicle | 1129-000 | 333.33 | | 6,862.33 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,852.33 |
| 12/23/13 | 8 | Thomas Glosenger | debtor's equity in vehicle | 1129-000 | 333.33 | | 7,185.66 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.33 | 7,175.33 |
| 02/06/14 | 9 | Thomas Glosenger | debtors interest in vehicle | 1129-000 | 333.33 | | 7,508.66 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.67 | 7,497.99 |
| 02/12/14 | 9 | Thomas Glosenger | debtors equity in vehicle | 1129-000 | 333.33 | | 7,831.32 |
| 02/15/14 | 010002 | International Sureties Ltd<br>701 Polydras St.  #420<br>New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | 7.44 | 7,823.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.26 | 7,813.62 |
| 03/13/14 | 9 | Thomas Glosenger | debtors equity in vehicle | 1129-000 | 333.33 | | 8,146.95 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.92 | 8,135.03 |

Page Subtotals     1,666.65     80.62

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Ver: 18.04

FORM 2

Page: 4

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-27048 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GLOSENGER, MARCIA L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1277 Checking - Non Interest |
| Taxpayer ID No: | *******0025 | | | |
| For Period Ending: | 02/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/14 | 8 | Thomas Glosenger | debtors interest in vehicle | 1129-000 | 333.33 | | 8,468.36 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,456.38 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.57 | 8,443.81 |
| 06/20/14 | 8 | Thomas Glosenger | debtors interest in vehicle | 1129-000 | 333.33 | | 8,777.14 |
| 07/02/14 | 8 | Thonas Glosenger | DEBTORS EQUITY IN VEHICLE | 1129-000 | 333.33 | | 9,110.47 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.61 | 9,097.86 |
| 07/16/14 | 9 | Thomas Glosenger 529 S. Dorchester Ave Wheaton IL 60187 | Debtors equity in vehicle | 1129-000 | 333.33 | | 9,431.19 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.77 | 9,417.42 |
| 08/13/14 | 9 | Thomas Glosenger | debtors interest in vehicles | 1129-000 | 333.33 | | 9,750.75 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.30 | 9,736.45 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.01 | 9,722.44 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.45 | 9,707.99 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.97 | 9,694.02 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.41 | 9,679.61 |

Page Subtotals       1,666.65      122.07

FORM 2

Page: 5

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-27048 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GLOSENGER, MARCIA L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1277 Checking - Non Interest |
| Taxpayer ID No: | *******0025 | | | |
| For Period Ending: | 02/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,976.12 | 296.51 | 9,679.61 |
| Less: Bank Transfers/CD's | 3,309.52 | 0.00 | |
| Subtotal | 6,666.60 | 296.51 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,666.60 | 296.51 | |

Page Subtotals    0.00    0.00

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-27048 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GLOSENGER, MARCIA L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5916 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0025 | | | |
| For Period Ending: | 02/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/09/11 | 7 | Thomas Glosenger<br>301 S. President St.<br>Carol Stream IL 60188 | debtors equity in vehicle | 1129-000 | 333.33 | | 333.33 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.42 | 332.91 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.41 | 332.50 |
| 12/19/11 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | partial payment on equity in vehice | 1129-000 | 333.33 | | 665.83 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.53 | 665.30 |
| 01/28/12 | 8 | Thomas Glosenger<br>301 S. president St<br>Carol Stream IL 60188 | debtors equity in vehicle | 1129-000 | 333.33 | | 998.63 |
| 01/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 998.64 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.87 | 997.77 |
| 02/29/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | 333.33 | | 1,331.10 |
| 02/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,331.11 |
| | | | Page Subtotals | | 1,333.34 | 2.23 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 18.04

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-27048 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GLOSENGER, MARCIA L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5916  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0025 | | | |
| For Period Ending: | 02/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 1.76 | 1,329.35 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.17 | 1,328.18 |
| 03/12/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | 333.33 | | 1,661.51 |
| 03/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,661.52 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.78 | 1,659.74 |
| 04/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,659.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.11 | 1,657.64 |
| 05/04/12 | 7 | Thomas Glosenger | debtors interest in vehicle | 1129-000 | 333.33 | | 1,990.97 |
| 05/11/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | 333.33 | | 2,324.30 |
| 05/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,324.32 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.63 | 2,321.69 |
| 06/20/12 | 7 | Thomas Glosenger<br>301 S. President St | debtors interest in vehilce | 1129-000 | 333.33 | | 2,655.02 |

Page Subtotals     1,333.36     9.45

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-27048 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GLOSENGER, MARCIA L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5916  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0025 | | |
| For Period Ending: | 02/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Carol Stream IL 60188 | | | | | |
| 06/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,655.04 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.81 | 2,652.23 |
| 07/16/12 | 7 | Thomas Glosenger<br>301 S. President St<br>Carol Stream IL 60188 | debtor's interest in vehicle | 1129-000 | 333.33 | | 2,985.56 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,985.58 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.66 | 2,981.92 |
| 08/13/12 | 7 | Thomas Glosenger<br>301 S. president St<br>Carol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | 333.33 | | 3,315.25 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,315.28 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.01 | 3,311.27 |
| 09/14/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,311.28 |
| 09/14/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.76 | 3,309.52 |

Page Subtotals                    666.74         12.24

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*                              Ver: 18.04

LFORM24

FORM 2

Page: 9

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-27048 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GLOSENGER, MARCIA L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5916  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0025 | | | |
| For Period Ending: | 02/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,309.52 | 0.00 |

```
                                        COLUMN TOTALS                 3,333.44        3,333.44        0.00
                                   Less: Bank Transfers/CD's              0.00        3,309.52
                                        Subtotal                      3,333.44           23.92
                                   Less: Payments to Debtors                              0.00
                                        Net                           3,333.44           23.92
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********1277 | 6,666.60 | 296.51 | 9,679.61 |
| Money Market - Interest Bearing - ********5916 | 3,333.44 | 23.92 | 0.00 |
| | 10,000.04 | 320.43 | 9,679.61 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       3,309.52

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 12, 2015 |
|---|---|---|---|---|---|---|

Case Number: 10-27048  
Debtor Name: GLOSENGER, MARCIA L.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2200-00 | Brenda Porter Helms, Trustee<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | Administrative | | $90.44 | $0.00 | $90.44 |
| 001<br>2100-00 | Brenda Porter Helms, Trustee<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | Administrative | | $1,750.00 | $0.00 | $1,750.00 |
| | Subtotal for Priority 001 | | | $1,840.44 | $0.00 | $1,840.44 |
| 11<br>058<br>5800-00 | Illinois Dept of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664 | Priority | | $1,709.63 | $0.00 | $1,709.63 |
| 12<br>058<br>5800-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia PA 19114 | Priority | | $50,138.40 | $0.00 | $50,138.40 |
| | Subtotal for Priority 058 | | | $51,848.03 | $0.00 | $51,848.03 |
| 1<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>P.O. Box 3025<br>New Albany OH 43054 | Unsecured | | $7,541.01 | $0.00 | $7,541.01 |
| 10<br>070<br>7100-00 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Unsecured | | $3,998.17 | $0.00 | $3,998.17 |
| 11B<br>070<br>7100-00 | Illinois Dept of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664 | Unsecured | | $195.78 | $0.00 | $195.78 |
| 12B<br>070<br>7100-00 | Internal Revenue Service | Unsecured | | $18,826.59 | $0.00 | $18,826.59 |
| 13<br>070<br>7100-00 | Aermican Express Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Unsecured | | $19,853.09 | $0.00 | $19,853.09 |
| 2<br>070<br>7100-00 | American Infosource as agent for<br>World Finanical network  - Chadwicks<br>P.O. Box 248872<br>Oklahoma City OK 73124 | Unsecured | | $396.55 | $0.00 | $396.55 |
| 3<br>070<br>7100-00 | PRA Receivables Managment LLC<br>c/o Orchard Bank<br>P.O. Box 41067<br>Norfolk VA 23541 | Unsecured | | $589.27 | $0.00 | $589.27 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 12, 2015 |

Case Number: 10-27048  
Debtor Name: GLOSENGER, MARCIA L.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4<br>070<br>7100-00 | Central DuPage Hospital<br>c.i H & R Accounts<br>P.O. Box 672<br>Moline IL 61265 | Unsecured | | $326.08 | $0.00 | $326.08 |
| 5<br>070<br>7100-00 | Chase Bank USA<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas TX 75374 | Unsecured | | $1,742.55 | $0.00 | $1,742.55 |
| 6<br>070<br>7100-00 | Chase Bank USA<br>P.O. Box 15145<br>Wiilmington DE 19850 | Unsecured | | $12,297.38 | $0.00 | $12,297.38 |
| 7<br>070<br>7100-00 | BAC Home Loans Serviceing<br>c/o Codilis & Associates<br>15W030 N. Frontage Rd #100<br>Burr Ridge IL 60527 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 8<br>070<br>7100-00 | PRA Receivables Management LLC<br>Agent of Portfolio Recovery  c/o<br>JC Penney<br>P.O. Box 41067<br>Norfolk VA 23541 | Unsecured | | $890.64 | $0.00 | $890.64 |
| 9<br>070<br>7100-00 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Unsecured | | $5,844.30 | $0.00 | $5,844.30 |
| | Subtotal for Priority 070 | | | $72,501.41 | $0.00 | $72,501.41 |
| BOND<br>999<br>2300-00 | Intrenational Sureties Ltd. | Administrative | 4437475916   02/29/12   101<br>2223271277   02/15/13   10001<br>2223271277   02/15/14   10002 | $13.94 | $13.94<br>1.76<br>4.74<br>7.44 | $0.00 |
| | Subtotal for Priority 999 | | | $13.94 | $13.94 | $0.00 |
| | Case Totals: | | | $126,203.82 | $13.94 | $126,189.88 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-27048
Case Name: GLOSENGER, MARCIA L.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Illinois Dept of Revenue | $ | $ | $ |
| 12 | Internal Revenue Service | $ | $ | $ |

   Total to be paid to priority creditors        $_____

   Remaining Balance        $_____

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | American Infosource as agent for | $ | $ | $ |
| 3 | PRA Receivables Managment LLC | $ | $ | $ |
| 4 | Central DuPage Hospital | $ | $ | $ |
| 5 | Chase Bank USA | $ | $ | $ |
| 6 | Chase Bank USA | $ | $ | $ |
| 7 | BAC Home Loans Serviceing | $ | $ | $ |
| 8 | PRA Receivables Management LLC | $ | $ | $ |
| 9 | Chase Bank USA | $ | $ | $ |
| 10 | Chase Bank USA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11B | Illinois Dept of Revenue | $ | $ | $ |
| 12B | Internal Revenue Service | $ | $ | $ |
| 13 | Aermican Express Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                 $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE