UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                    §
                                          §
GLOSENGER, MARCIA L.                      §        Case No. 10-27048
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK  OF THE COURT
      219 s. DEARBORN STREET
      CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/10/2015 in Courtroom 240,
      Kane County Courthouse
      100 S. Third Street
      Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/13/2015      By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
                                      §
GLOSENGER, MARCIA L.                  §     Case No. 10-27048
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 10,000.04 |
| and approved disbursements of | $ | 320.43 |
| leaving a balance on hand of[1] | $ | 9,679.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 90.44 | $ 0.00 | $ 90.44 |
| Other: Intrenational Sureties Ltd. | $ 13.94 | $ 13.94 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,840.44 |
| Remaining Balance | | $ | 7,839.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 51,848.03  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Illinois Dept of Revenue | $ 1,709.63 | $ 0.00 | $ 258.49 |
| 12 | Internal Revenue Service | $ 50,138.40 | $ 0.00 | $ 7,580.68 |
| | Total to be paid to priority creditors | | | $ 7,839.17 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,501.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,541.01 | $ 0.00 | $ 0.00 |
| 2 | American Infosource as agent for | $ 396.55 | $ 0.00 | $ 0.00 |
| 3 | PRA Receivables Managment LLC | $ 589.27 | $ 0.00 | $ 0.00 |
| 4 | Central DuPage Hospital | $ 326.08 | $ 0.00 | $ 0.00 |
| 5 | Chase Bank USA | $ 1,742.55 | $ 0.00 | $ 0.00 |
| 6 | Chase Bank USA | $ 12,297.38 | $ 0.00 | $ 0.00 |
| 7 | BAC Home Loans Serviceing | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | PRA Receivables Management LLC | $ 890.64 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Chase Bank USA | $ 5,844.30 | $ 0.00 | $ 0.00 |
| 10 | Chase Bank USA | $ 3,998.17 | $ 0.00 | $ 0.00 |
| 11B | Illinois Dept of Revenue | $ 195.78 | $ 0.00 | $ 0.00 |
| 12B | Internal Revenue Service | $ 18,826.59 | $ 0.00 | $ 0.00 |
| 13 | Aermican Express Bank | $ 19,853.09 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-27048-DRC
Marcia L. Glosenger                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 3              Date Rcvd: Mar 16, 2015
                              Form ID: pdf006           Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2015.
```
db              #+Marcia L. Glosenger,    301 S. President St.,    Carol Stream, IL 60188-3226
15905410        +AMC Anesthesia Ltd,    35078 Eagle Way,    Chicago, IL 60678-1350
15720003        +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
15905430         American Express,    POB 981535,    El Paso, TX 79998-1535
15905431        +American Express,    POB 981537,    El Paso, TX 79998-1537
16753962         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15720004        +Arnoldharris/Med Business Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
15899315        +BAC Home Loans Servicing, L.P.,    c/o Codilis & Associates, P.C.,
                  15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
15720005        +BAC Home Loans Servicing, L.P.,    C/O Codilis & Associates,
                  15W030 N. Frontage Road, Suite 100,    Willowbrook, IL 60527-6921
15905458        #+BNB Global, Inc,    16639 Vally View Ave,    Cerritos, CA 90703-2408
15720007        +Bank One/Chase,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
15905456         Bank of America,    POB 15710,    Wilmington, DE 19886-5710
15905457         Biehl & Biehl, Inc,    POB 87410,    Carol Stream, IL 60188-7410
15720008       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,     Po Box 85015,    Richmond, VA 23285)
15720009        +Central DuPage Hosptial,    PO Box 4090,    Carol Stream, IL 60197-4090
15905459        +Chase,    POB 15298,    Wilmington, DE 19850-5298
15906420         Chase,    POB 260161,    Baton Rouge, LA 70826-0161
15720010        +Chase,    225 Chastain Meadows Ct., Nw,    Kennesaw, GA 30144-5897
15894221         Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15848702        +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                  Dallas,Tx 75374-0933
15720011        +Chase- Tjx,    Po Box 15298,    Wilmington, DE 19850-5298
15720012        +Chase-pier1,    Attn: Recovery,    Po Box 15298,    Wilmington, DE 19850-5298
15720013        +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15906422        +Citifinancial,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
                  Coppell, TX 75019-3831
15720014        +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
15906423        +Columbus Bank & Trust,    POB 120,    Columbus, GA 31902-0120
15906424        +DS Waters of America, Inc,    POB 5013,    Hayward, CA 94540-5013
15906425         Duke Secured Financing 2009,    75 Remmittance Drive Suite 1175,    Chicago, IL 60675-1175
15906426         First Equity Card Corp,    POB 23029,    Columbus, GA 31902-3029
15906427        +Foster Bank,    5225 n. Kedzie Ave,    Chicago, IL 60625-4755
15906428        +Foster Bank,    4001 W. Devon Ave,    Chicago, IL 60646-4536
15720017        +Gb Algonquin,    234 South Randall Rd.,    Algonquin, IL 60102-9775
15720024       ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/vlcty,     Attn: Bankruptcy,    Po Box 15522,
                  Wilmington, DE 19850)
15720022        +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15720023        +Hsbc/rs,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16048697       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                  CHICAGO IL 60664-0338
                 (address filed with court: Illinois Department of Revenue,     Bankruptcy Section Level 7-425,
                  100 W. Randolph St.,    Chicago, IL 60606)
16048719         Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
15906430        +Innovative Bank,    360 14th Street,    Oakland, CA 94612-3200
15906431         Loft Mastercard,    POB 659569,    San Antonio, TX 78265-9569
15906432        +Martinez,    1847 W Carroll Ave,    Chicago, IL 60612-2505
15906433        +Mechanical,    1760 Britannia Drive Suite 2,    Elgin, IL 60124-7814
15720026        +Medical Business Bureau, inc.,    P.O. Box 1219,    Park Ridge, IL 60068-7219
15720027        +Nbgl Carsons,    Po Box 15521,    Wilmington, DE 19850-5521
15720029        +New Asia Bnk,    222 W Cermak Rd,    Chicago, IL 60616-2167
15720030       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,
                  Norfolk, VA 23541)
15965481        +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o JC Penney,
                  POB 41067,    Norfolk VA 23541-1067
15785021        +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Orchard Bank,
                  POB 41067,    Norfolk VA 23541-1067
15906436        +Paldo Distributor,    16639 Valley View Ave,    Cerritos, CA 90703-2408
15906437        +Penland & Hartwell, LLC,    One N Lasalle St 38th Fl,    Chicago, IL 60602-4097
15720032        +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
15906438        +Saratoga Condo Association,    1314 N. Rand Rd,    Arlington Heights, IL 60004-4306
15720033        +Spiegel,    Attn: Bankruptcy,    Po Box 9428,    Hampton, VA 23670-0428
15906439         Swedish Hospital,    5145 N. California Ave,    Chicago, IL 60625-3661
15720034        +Target,    Po Box 9475,    Minneapolis, MN 55440-9475
15720035        +Td Rcs/lewmagram,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
15720036        +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
15720038       ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
                 (address filed with court: Von Maur,     Attn: Credit Dept,    6565 Brady,    Davenport, IA 52806)
15906693        +VP Mechanical, Inc,    1760 Britannia Dr Suite @,    Elgin, IL 60124-7814
15906692        +Veolia Environmental Services,    325 E. Fullerton Ave,    Carol Stream, IL 60188-1865
```

```
District/off: 0752-1          User: lhuley              Page 2 of 3              Date Rcvd: Mar 16, 2015
                              Form ID: pdf006           Total Noticed: 83

15720037      +Victoria's Secret,    Po Box 182124,     Columbus, OH 43218-2124
15720039      +WFNNB / Lane Bryant,    Po Box 182125,     Columbus, OH 43218-2125
15906694      +Wfnnb/ann Taylor Lft M,    POB 182273,     Columbus, OH 43218-2273
15720041      +Wfnnb/brylane Home,    4590 E Broad St,     Columbus, OH 43213-1301
15720042      +Wfnnb/chadwk,   Attn: Bankruptcy,    Po Box 182124,     Columbus, OH 43218-2124
15720043      +Wfnnb/express,    Po Box 182124,    Columbus, OH 43218-2124
15720044      +Wfnnb/metro Style,    220 W Schrock Rd,    Westerville, OH 43081-2873
15720045       Wfnnb/newport News,    Po Box 659705,     Columbus, OH 43218
15720046      +Wfnnb/sue Brett,    4590 E Broad St,     Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15755704       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2015 12:02:18
                American Infosource Lp As Agent for,    World Financial Network National Bank As,    Chadwicks,
                PO Box 248872,    Oklahoma City, OK   73124-8872
15788732      +E-mail/Text: bankruptcy@hraccounts.com Mar 17 2015 01:38:22       Central Dupage Hospital,
                C/O H & R Accounts,    PO Box 672,     Moline, IL 61266-0672
15906423      +E-mail/Text: synovusbankruptcy@synovus.com Mar 17 2015 01:40:50       Columbus Bank & Trust,
                POB 120,   Columbus, GA 31902-0120
15747462       E-mail/PDF: mrdiscen@discover.com Mar 17 2015 01:35:02       Discover Bank,   Dfs Services LLC,
                PO Box 3025,    New Albany, OH   43054-3025
15720015      +E-mail/PDF: mrdiscen@discover.com Mar 17 2015 01:35:02       Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15720016      +E-mail/Text: ally@ebn.phinsolutions.com Mar 17 2015 01:38:08        G M A C,    15303 S 94th Ave,
                Orland Park, IL 60462-3825
15720018      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2015 01:35:32       GEMB / HH Gregg,
                Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
15720019      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2015 01:34:55       Gemb/care Credit,
                Attn: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
15720020      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2015 01:35:15       Gemb/jcp,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
15720021      +E-mail/Text: bankruptcy@hraccounts.com Mar 17 2015 01:38:22       H & R Accounts Inc,
                Po Box 672,    Moline, IL 61266-0672
16048718       E-mail/Text: cio.bncmail@irs.gov Mar 17 2015 01:38:32
                Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                PO Box 21126,    Philadelphia PA 19114
15720025      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 17 2015 01:38:24       Kohls/chase,   Po Box 3115,
                Milwaukee, WI 53201-3115
15720028      +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 17 2015 01:39:23       NCO Financial Systems,
                507 Prudential Rd,    Horsham, PA 19044-2368
15906434      +E-mail/Text: bankrup@aglresources.com Mar 17 2015 01:38:01       Nicor GAs,
                Attention: Bankruptcy Department,    POB 190,    Aurora, IL 60507-0190
15906690       E-mail/Text: pauline.burt@timepaymentcorp.com Mar 17 2015 01:39:15       Time Payment Corp.,
                10M Commercial Way,    Woburn, MA 01801
15906691      +E-mail/Text: pauline.burt@timepaymentcorp.com Mar 17 2015 01:39:15       Timepayment Corp LLC,
                10-M Commmerce Way,    Woburn, MA 01801-8000
                                                                                                TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15720040       Wfnnb/brylane Home
15906421*     +Citi,   POB 6241,    Sioux Falls, SD 57117-6241
15906429*     +Foster Bank,    5225 N Kedzie Ave,    Chicago, IL 60625-4755
16588014*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,     P.O. Box 21126,
                Philadelphia, Pa 19114)
16048698*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,     POB 9019,    Holtsville, NY 11742-9019)
15720006      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15906435      ##+OTG New York, Inc,    901 Casle Rd,    Secaucus, NJ 07094-1635
15720031      ##+Redline Recovery Services, LLC,    11675 Rainwater Dr Ste 350,    Alpharetta, GA 30009-8693
                                                                                   TOTALS: 1, * 4, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lhuley               Page 3 of 3          Date Rcvd: Mar 16, 2015
                              Form ID: pdf006            Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2015 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Forrest L Ingram    on behalf of Debtor Marcia L. Glosenger fingram@fingramlaw.com
              Maria   Georgopoulos    on behalf of Creditor    BAC Home Loans Servicing, L.P.
               nd-three@il.cslegal.com
              Maria   Georgopoulos    on behalf of Creditor    BANK OF AMERICA, N.A. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 6
```