# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARCIA L. GLOSENGER | § | Case No. 10-27048 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 335,000.00 *(Without deducting any secured claims)* | Assets Exempt: 39,152.00 |
| Total Distributions to Claimants: 7,839.17 | Claims Discharged Without Payment: 469,422.70 |
| Total Expenses of Administration: 2,160.87 | |

3) Total gross receipts of $ 10,000.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.04 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 338,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,160.87 | 2,160.87 | 2,160.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 51,848.03 | 51,848.03 | 7,839.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,267.47 | 72,501.41 | 72,501.41 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 406,267.47 | $ 126,510.31 | $ 126,510.31 | $ 10,000.04 |

4)  This case was originally filed under chapteron  06/16/2010 , and it was converted to chapter 7 on  07/26/2010 .  The case was pending for 63 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/24/2015                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 4,333.29 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 2,666.64 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 2,999.97 |
| Post-Petition Interest Deposits | 1270-000 | 0.14 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing, L.P. | | 338,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 338,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| TRUSTEE BRENDA PORTER HELMS | 2200-000 | NA | 90.44 | 90.44 | 90.44 |
| INTRENATIONAL SURETIES LTD. | 2300-000 | NA | 13.94 | 13.94 | 13.94 |
| ASSOCIATED BANK | 2600-000 | NA | 284.33 | 284.33 | 284.33 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 22.16 | 22.16 | 22.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,160.87 | $ 2,160.87 | $ 2,160.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | ILLINOIS DEPT OF REVENUE | 5800-000 | 0.00 | 1,709.63 | 1,709.63 | 258.49 |
| 12 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 50,138.40 | 50,138.40 | 7,580.68 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 51,848.03 | $ 51,848.03 | $ 7,839.17 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express | | 0.00 | NA | NA | 0.00 |
| | Arnoldharris/Med Business Bureau | | 1,045.00 | NA | NA | 0.00 |
| | Arnoldharris/Med Business Bureau | | 165.00 | NA | NA | 0.00 |
| | Arnoldharris/Med Business Bureau | | 79.00 | NA | NA | 0.00 |
| | Arnoldharris/Med Business Bureau | | 594.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | | 0.00 | NA | NA | 0.00 |
| | Bank One/Chase | | 0.00 | NA | NA | 0.00 |
| | Bank One/Chase | | 0.00 | NA | NA | 0.00 |
| | Capital One | | 9,765.00 | NA | NA | 0.00 |
| | Chase- Tjx | | 0.00 | NA | NA | 0.00 |
| | Chase-pier1 | | 0.00 | NA | NA | 0.00 |
| | Citi | | 0.00 | NA | NA | 0.00 |
| | Citizens Bank | | 0.00 | NA | NA | 0.00 |
| | Citizens Bank | | 0.00 | NA | NA | 0.00 |
| | Gb Algonquin | | 0.00 | NA | NA | 0.00 |
| | GEMB / HH Gregg | | 0.00 | NA | NA | 0.00 |
| | Gemb/care Credit | | 0.00 | NA | NA | 0.00 |
| | GMAC | | 0.00 | NA | NA | 0.00 |
| | GMAC | | 0.00 | NA | NA | 0.00 |
| | H & R Accounts Inc | | 113.00 | NA | NA | 0.00 |
| | Hsbc Bank | | 589.43 | NA | NA | 0.00 |
| | Hsbc/rs | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/vlcty | | 0.00 | NA | NA | 0.00 |
| | Medical Business Bureau, inc. | | 1,883.00 | NA | NA | 0.00 |
| | Nbgl Carsons | | 0.00 | NA | NA | 0.00 |
| | NCO Financial Systems | | 679.00 | NA | NA | 0.00 |
| | New Asia Bnk | | 0.00 | NA | NA | 0.00 |
| | New Asia Bnk | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3 | | 0.00 | NA | NA | 0.00 |
| | Spiegel | | 0.00 | NA | NA | 0.00 |
| | Target | | 0.00 | NA | NA | 0.00 |
| | Td Rcs/lewmagram | | 0.00 | NA | NA | 0.00 |
| | Tnb-visa | | 0.00 | NA | NA | 0.00 |
| | Victoria's Secret | | 0.00 | NA | NA | 0.00 |
| | Von Maur | | 0.00 | NA | NA | 0.00 |
| | WFNNB / Lane Bryant | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/brylane Home | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/express | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/metro Style | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/newport News | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/sue Brett | | 0.00 | NA | NA | 0.00 |
| 13 | AERMICAN EXPRESS BANK | 7100-000 | 19,853.00 | 19,853.09 | 19,853.09 | 0.00 |
| 4 | CENTRAL DUPAGE HOSPITAL | 7100-000 | 213.04 | 326.08 | 326.08 | 0.00 |
| 5 | CHASE BANK USA | 7100-000 | 1,742.00 | 1,742.55 | 1,742.55 | 0.00 |
| 6 | CHASE BANK USA | 7100-000 | 12,297.00 | 12,297.38 | 12,297.38 | 0.00 |
| 10 | CHASE BANK USA | 7100-000 | 3,998.00 | 3,998.17 | 3,998.17 | 0.00 |
| 9 | CHASE BANK USA | 7100-000 | 5,844.00 | 5,844.30 | 5,844.30 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 7,641.00 | 7,541.01 | 7,541.01 | 0.00 |
| 2 | FOR AMERICAN INFOSOURCE AS AGENT | 7100-000 | 396.00 | 396.55 | 396.55 | 0.00 |
| 11B | ILLINOIS DEPT OF REVENUE | 7100-000 | NA | 195.78 | 195.78 | 0.00 |
| 12B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 18,826.59 | 18,826.59 | 0.00 |
| 8 | PRA RECEIVABLES MANAGEMENT LLC | 7100-000 | 776.00 | 890.64 | 890.64 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PRA RECEIVABLES MANAGMENT LLC | 7100-000 | 595.00 | 589.27 | 589.27 | 0.00 |
| 7 | SERVICEING BAC HOME LOANS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 68,267.47 | $ 72,501.41 | $ 72,501.41 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-27048 | DRC | Judge: | Donald R Cassling | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | MARCIA L. GLOSENGER | | | | | Date Filed (f) or Converted (c): | 07/26/2010 (c) |
| | | | | | | 341(a) Meeting Date: | 08/31/2010 |
| For Period Ending: | 09/24/2015 | | | | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  301 S. PRESIDENT, CAROL STREAM IL | 350,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  CASH ON HAND | 60.00 | 0.00 | | 0.00 | FA |
| 3.  BANK ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5.  WEARING APPAREL AND JEWELRY | 3,800.00 | 0.00 | | 0.00 | FA |
| 6.  INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 7.  AUTOMOBILES AND OTHER VEHICLES | 5,200.00 | 0.00 | | 4,333.29 | FA |
| 8.  AUTOMOBILES AND OTHER VEHICLES | 3,000.00 | 0.00 | | 2,666.64 | FA |
| 9.  AUTOMOBILES AND OTHER VEHICLES | 4,900.00 | 0.00 | | 2,999.97 | FA |
| 10. OFFICE EQUIPMENT, FURNISHINGS, AND | 400.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY, FIXTURES, AND BUSINESS E | 500.00 | 0.00 | | 0.00 | FA |
| 12. LAWN MOWER | 150.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits          (u) | Unknown | N/A | | 0.14 | FA |
| 14. TIME SHARE CANCUN | Unknown | 0.00 | | 0.00 | FA |
| 15. PENSION PLANS AND PROFIT SHARING | 13,052.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $384,362.00 | $0.00 | | $10,000.04 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/2012    Current Projected Date of Final Report (TFR): 12/30/2015

Exhibit 8

Case 10-27048   Doc 67   Filed 10/07/15   Entered 10/07/15 11:38:05   Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document      Page 12 of 19

| Case No: 10-27048 | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case Name: MARCIA L. GLOSENGER | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX1277 | | | |
| | | | Checking - Non Interest | | | |
| Taxpayer ID No: XX-XXX0025 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 09/24/2015 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $3,309.52 | | $3,309.52 |
| 09/19/12 | 7 | GLOSENGER, THOMAS 301 S. President StCarol Stream IL 60188 | equity in vehicle | 1129-000 | $333.33 | | $3,642.85 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1.23 | $3,641.62 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $2.41 | $3,639.21 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $2.57 | $3,636.64 |
| 12/23/12 | 7 | GLOSENGER, THOMAS 301 S. President StCarol Stream IL 60188 | equity in vehicle Received and deposited 10/17/12; posted 12/23/12 | 1129-000 | $333.33 | | $3,969.97 |
| 12/23/12 | 7 | GLOSENGER, THOMAS 301 S. President StCarol Stream IL 60188 | equity in vehicle Received and deposited 11/14/12; posted to account 12/23/12 | 1129-000 | $333.33 | | $4,303.30 |
| 12/23/12 | 7 | GLOSENGER, THOMAS 301 S. President StCarol Stream IL 60188 | equity in vehicle Received and deposited 12/13/12; posted to account 12/23/12 | 1129-000 | $333.33 | | $4,636.63 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $2.87 | $4,633.76 |
| 01/15/13 | 9 | GLOSENGER, THOMAS | debtor's equity in vehicle | 1129-000 | $333.33 | | $4,967.09 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,957.09 |
| 02/15/13 | 9 | GLOSENGER, THOMAS | debtor's equity in vehicle | 1129-000 | $333.33 | | $5,290.42 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $4.74 | $5,285.68 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,275.68 |
| 03/23/13 | 9 | GLOSENGER, THOMAS | EQUITY IN VEHICLE | 1129-000 | $333.33 | | $5,609.01 |

| | | | Page Subtotals: | | $5,642.83 | $33.82 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Case 10-27048   Doc 67   Filed 10/07/15   Entered 10/07/15 11:38:05   Desc Main
Document   Page 13 of 19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-27048
Case Name: MARCIA L. GLOSENGER

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1277
Checking - Non Interest

Taxpayer ID No: XX-XXX0025
For Period Ending: 09/24/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $5,599.01 |
| 05/07/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $5,589.01 |
| 06/01/13 | 9 | GLOSENGER, THOMA | debtors equity in vehicle | 1129-000 | $333.33 |   | $5,922.34 |
| 06/07/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $5,912.34 |
| 06/12/13 | 8 | GLOSENGER, THOMAS | debtors equity in vehicle | 1129-000 | $333.33 |   | $6,245.67 |
| 07/08/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $6,235.67 |
| 08/07/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $6,225.67 |
| 09/09/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $6,215.67 |
| 09/10/13 | 8 | GLOSENGER, THOMAS | debtors equity in vehicle | 1129-000 | $333.33 |   | $6,549.00 |
| 10/07/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $6,539.00 |
| 11/07/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $6,529.00 |
| 11/13/13 | 8 | GLOSENGER, THOMAS | debtor's equity in vehicle | 1129-000 | $333.33 |   | $6,862.33 |
| 12/06/13 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.00 | $6,852.33 |
| 12/23/13 | 8 | GLOSENGER, THOMAS | debtor's equity in vehicle | 1129-000 | $333.33 |   | $7,185.66 |
| 01/08/14 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.33 | $7,175.33 |
| 02/06/14 | 9 | GLOSENGER, THOMAS | debtors interest in vehicle | 1129-000 | $333.33 |   | $7,508.66 |
| 02/07/14 |   | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |   | $10.67 | $7,497.99 |

Page Subtotals: $1,999.98   $111.00

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-27048 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MARCIA L. GLOSENGER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1277 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX0025 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/24/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/14 | 9 | GLOSENGER, THOMAS | debtors equity in vehicle | 1129-000 | $333.33 | | $7,831.32 |
| 02/15/14 | 10002 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $7.44 | $7,823.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.26 | $7,813.62 |
| 03/13/14 | 9 | GLOSENGER, THOMAS | debtors equity in vehicle | 1129-000 | $333.33 | | $8,146.95 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.92 | $8,135.03 |
| 04/14/14 | 8 | GLOSENGER, THOMAS | debtors interest in vehicle | 1129-000 | $333.33 | | $8,468.36 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.98 | $8,456.38 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.57 | $8,443.81 |
| 06/20/14 | 8 | GLOSENGER, THOMAS | debtors interest in vehicle | 1129-000 | $333.33 | | $8,777.14 |
| 07/02/14 | 8 | GLOSENGER, THONAS | DEBTORS EQUITY IN VEHICLE | 1129-000 | $333.33 | | $9,110.47 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.61 | $9,097.86 |
| 07/16/14 | 9 | GLOSENGER, THOMAS 529 S. Dorchester AveWheaton IL 60187 | Debtors equity in vehicle | 1129-000 | $333.33 | | $9,431.19 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.77 | $9,417.42 |
| 08/13/14 | 9 | GLOSENGER, THOMAS | debtors interest in vehicles | 1129-000 | $333.33 | | $9,750.75 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.30 | $9,736.45 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.01 | $9,722.44 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.45 | $9,707.99 |

| | | | | Page Subtotals: | $2,333.31 | $123.31 | |

Case 10-27048   Doc 67   Filed 10/07/15   Entered 10/07/15 11:38:05   Desc Main
Document   Page 15 of 19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-27048 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MARCIA L. GLOSENGER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1277 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX0025 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/24/2015 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.97 | $9,694.02 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.41 | $9,679.61 |
| 04/10/15 | 10003 | Reverses Check # 10003 | Chapter 7 Compensation/Fees | 2100-000 | | ($1,750.00) | $11,429.61 |
| 04/10/15 | 10004 | Reverses Check # 10004 | Chapter 7 Expenses | 2200-000 | | ($90.44) | $11,520.05 |
| 04/10/15 | 10003 | THE HELMS LAW FIRM P.C. | Chapter 7 Compensation/Fees | 2100-000 | | $1,750.00 | $9,770.05 |
| 04/10/15 | 10004 | THE HELMS LAW FIRM P.C. | Chapter 7 Expenses | 2200-000 | | $90.44 | $9,679.61 |
| 04/10/15 | 10005 | BRENDA PORTER HELMS, TRUSTEE 3400 W. Lawrence Ave.Chicago, IL 60625 | Trustee Compensation | 2100-000 | | $1,750.00 | $7,929.61 |
| 04/10/15 | 10006 | BRENDA PORTER HELMS, TRUSTEE 3400 W. Lawrence Ave.Chicago, IL 60625 | Trustee Expenses | 2200-000 | | $90.44 | $7,839.17 |
| 04/10/15 | 10007 | ILLINOIS DEPT OF REVENUE Bankruptcy SectionP.O. Box 64338Chicago IL 60664 | Claim 11, Payment 11.56975% | 5800-000 | | $197.80 | $7,641.37 |
| 04/10/15 | 10008 | INTERNAL REVENUE SERVICE P.O. Box 21126Philadelphia PA 19114 | Claim 12, Payment 11.56983% | 5800-000 | | $5,800.93 | $1,840.44 |
| 04/21/15 | 10009 | ILLINOIS DEPT OF REVENUE Bankruptcy SectionP.O. Box 64338Chicago IL 60664 | Claim 11, Payment 3.54989% | 5800-000 | | $60.69 | $1,779.75 |
| 04/21/15 | 10010 | INTERNAL REVENUE SERVICE P.O. Box 21126Philadelphia PA 19114 | Claim 12, Payment 3.54967% | 5800-000 | | $1,779.75 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,976.12 | $9,976.12 |
| Less: Bank Transfers/CD's | $3,309.52 | $0.00 |
| Subtotal | $6,666.60 | $9,976.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,666.60 | $9,976.12 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals:       $0.00       $9,707.99

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-27048

Case Name: MARCIA L. GLOSENGER

Taxpayer ID No: XX-XXX0025

For Period Ending: 09/24/2015

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Bank Name: Bank of America

Account Number/CD#: XXXXXX5916

Money Market - Interest Bearing

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/09/11 | 7 | GLOSENGER, THOMAS 301 S. President St.Carol Stream IL 60188 | debtors equity in vehicle | 1129-000 | $333.33 | | $333.33 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.42 | $332.91 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.41 | $332.50 |
| 12/19/11 | 7 | GLOSENGER, THOMAS 301 S. President StCarol Stream IL 60188 | partial payment on equity in vehicle | 1129-000 | $333.33 | | $665.83 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.53 | $665.30 |
| 01/28/12 | 8 | GLOSENGER, THOMAS 301 S. president StCarol Stream IL 60188 | debtors equity in vehicle | 1129-000 | $333.33 | | $998.63 |
| 01/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $998.64 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.87 | $997.77 |
| 02/29/12 | 7 | GLOSENGER, THOMAS 301 S. President StCarol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | $333.33 | | $1,331.10 |
| 02/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $1,331.11 |
| 02/29/12 | 101 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $1.76 | $1,329.35 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.17 | $1,328.18 |
| 03/12/12 | 7 | GLOSENGER, THOMAS 301 S. President StCarol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | $333.33 | | $1,661.51 |
| 03/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $1,661.52 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.78 | $1,659.74 |
| 04/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $1,659.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $2.11 | $1,657.64 |

Page Subtotals: $1,666.69   $9.05

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-27048 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MARCIA L. GLOSENGER | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX5916 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX0025 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/24/2015 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/12 | 7 | GLOSENGER, THOMAS | debtors interest in vehicle | 1129-000 | $333.33 | | $1,990.97 |
| 05/11/12 | 7 | GLOSENGER, THOMAS<br>301 S. President StCarol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | $333.33 | | $2,324.30 |
| 05/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,324.32 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $2.63 | $2,321.69 |
| 06/20/12 | 7 | GLOSENGER, THOMAS<br>301 S. President StCarol Stream IL 60188 | debtors interest in vehilce | 1129-000 | $333.33 | | $2,655.02 |
| 06/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,655.04 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $2.81 | $2,652.23 |
| 07/16/12 | 7 | GLOSENGER, THOMAS<br>301 S. President StCarol Stream IL 60188 | debtor's interest in vehicle | 1129-000 | $333.33 | | $2,985.56 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,985.58 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.66 | $2,981.92 |
| 08/13/12 | 7 | GLOSENGER, THOMAS<br>301 S. president StCarol Stream IL 60188 | debtor's equity in vehicle | 1129-000 | $333.33 | | $3,315.25 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.03 | | $3,315.28 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $4.01 | $3,311.27 |
| 09/14/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.01 | | $3,311.28 |
| 09/14/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET10TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $1.76 | $3,309.52 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $3,309.52 | $0.00 |
| | | | COLUMN TOTALS | | $3,333.44 | $3,333.44 | |
| | | | Page Subtotals: | | $1,666.75 | $3,324.39 | |

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CDs | $0.00 | $3,309.52 |
| Subtotal | $3,333.44 | $23.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,333.44 | $23.92 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1277 - Checking - Non Interest | $6,666.60 | $9,976.12 | $0.00 |
| XXXXXX5916 - Money Market - Interest Bearing | $3,333.44 | $23.92 | $0.00 |
| | $10,000.04 | $10,000.04 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.04 |
| Total Gross Receipts: | $10,000.04 |